

CHIEF JUSTICE
JAMES T. WORTHEN

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
CHIEF STAFF ATTORNEY
TYLER, TEXAS MARGARET HUSSEY

5/5/2015 10:14:04 AM

CATHY S. LUSK
Clerk

May 4, 2015

Ms. Deborah Traylor
District Clerk, Rains County
Courthouse Annex
P. O. Box 187
Emory, TX 75440-0187
* DELIVERED VIA E-MAIL *

FILED FOR RECORD
15 MAY -5 AM 9:32
DEBORAH TRAYLOR
DISTRICT CLERK
RAINS COUNTY, TEXAS
BY

**RE:** Case Number: 12-14-00208-CV
Trial Court Case Number: 9490

**Style:** In the Interest of J.A.R. aka J.A.L., a child

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

CC: Grafton Leroy Riney
Mr. J. Brad McCampbell (DELIVERED VIA E-MAIL)

Mandate executed on 5th day of May, 2015.

Brief explanation of action taken: Was Scanned and placed in Courts File

_Laura Pate_, District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us